# United States District Court

DISTRICT OF __MASSACHUSETTS__

UNITED STATES OF AMERICA
V.

RAPHAEL HERNANDEZ

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

CASE NUMBER: 

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __September 20, 1972__ in __Suffolk__ county, in the _____ District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense)

move or travel in interstate commerce with the intent to avoid custody or confinement after conviction for a felony under the laws of the state of Massachusetts.

in violation of Title __18__ United States Code, Section(s) __1073__

I further state that I am a(n) __Special Agent of the FBI__ (Official Title) and that this complaint is based on the following facts:

See Attached Affidavit

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Signature of Complainant
KATHLEEN L. BRANIGAN

Sworn to before me and subscribed in my presence,

__December 14, 1989__ at Boston, Massachusetts
Date                              City and State

LAWRENCE P. COHEN
United States Magistrate
Name & Title of Judicial Officer           Signature of Judicial Officer

<u>AFFIDAVIT</u>

Boston, Massachusetts

I, Kathleen L. Branigan, Special Agent, Federal Bureau of Investigation, being duly sworn, upon my oath depose and state:

1. The Federal Bureau of Investigation has been requested to assist the City of Boston Penal Insitutions Department in the location and apprehension of RAPHAEL HERNANDEZ.

2. I have been informed by Robert C. Zoebisch, Corrections Officer, City of Boston Penal Institutions Department as follows:

    a. RAPHAEL HERNANDEZ has been charged with Escape from a Penal Institution;

    b. Escape from a Penal Institution is a Felony under Massachusetts General Laws;

    c. On September 20, 1972 a warrant was issued by the East Boston District Court for the apprehension of RAPHAEL HERNANDEZ.

    d. Law enforcement efforts to locate RAPHAEL HERNANDEZ within the Commonwealth of Massachusetts have been unsuccessful;

    e. It is believed that RAPHAEL HERNANDEZ has fled the Commonwealth of Massachusetts and is currently residing at some unknown location outside the District of Massachusetts;

    f. Arrest information provided by the State of New York indicated that HERNANDEZ may be residing in the state of New York;

      g. The City of Boston Penal Institions Department will rendite RAPHAEL HERNANDEZ if he is apprehended outside the District of Massachusetts.

      3. Attached hereto and made a part hereof are certified copies of the Arrest Warrant and Complaint issued out of the East Boston District Court.

                                              *[signature]*
                                              Kathleen L. Branigan,
                                              Special Agent, FBI

      Subscribed and sworn to before me this 14th day of December, 1989.

                                              United States Magistrate

| WARRANT | ☒ ADULT<br>☐ JUVENILE | East Boston | | | Court of Massachusetts<br>District Court Department |
|---|---|---|---|---|---|
| NAME OF DEFENDANT<br>Raphael Hernandez<br>4025 Union Street<br>New Jersey | | DOCKET NUMBER(S)<br>DUPLICATE<br>9026 of 1972 | | | OFFENSE(S)<br>Escape from a penal institution<br>5'3 - 150 lbs<br>eyes - Brown<br>Hair - Brown<br>SS# - unknown<br>CC# - unknown |
| DATE OF BIRTH<br>12/16/52<br>1972 | SEX<br>☒ MALE  ☐ FEMALE | RACE<br>U | POLICE DEPARTMENT<br>Boston | | |

## REASON FOR WARRANT

☒ Representation of prosecutor that defendant may not appear unless arrested.

☐ Defendant failed to appear after being summoned to appear.

☐ Defendant failed to appear after recognizing to appear.

☐ Defendant failed to pay [fine] [costs] in the amount of $ _____.

☐ Defendant failed to pay non-criminal motor vehicle fine in the amount of $ _____.

☐ Defendant was convicted of the offense(s) listed above on _____ and placed on probation until _____ and has, as represented to the court, failed to comply with the conditions of probation by _____

☐ Other: _____

## TO ANY OFFICER AUTHORIZED TO SERVE CRIMINAL PROCESS:

The court has ordered that a

☒ Warrant
☐ Default Warrant
} issue against the above defendant.

Therefore you are hereby commanded to arrest the above named defendant and bring the defendant forthwith before this court to answer to the offense(s) listed above and to be dealt with according to law.

NOTE: The defendant may not be bailed on a default warrant without a special order of the court.

| WITNESS: | FIRST JUSTICE<br>Joseph V. Ferrino | DATE OF ISSUE<br>8/20/72 | CLERK-MAGISTRATE/ASST. CLERK<br>X _Rose Benincore_ |
|---|---|---|---|

| RETURN<br>OF<br>SERVICE | By virtue of this warrant, I certify that<br>☐ The defendant has been arrested as ordered by the court.<br>☐ I am returning the warrant without service to the court. | A TRUE COPY COPY,<br>ATTEST:<br>_A. Claire Kelly_<br>Asst. CLERK |
|---|---|---|
| | DATE OF ARREST | SIGNATURE OF PERSON MAKING SERVICE<br>X | TITLE OF PERSON MAKING SERVICE |

DC-CR-4 (1/84)

To the Justices of the East Boston District Court, holden in the City of Boston, in the East Boston District, for the transaction of criminal business, within the County of Suffolk,

Frederick F. Riley,

of the City of Boston, ~~Winthrop,~~ in the County of Suffolk, Police Officer, in behalf of the Commonwealth of Massachusetts, on oath complains that

Raphael Hernandez,

of ~~said Boston, Winthrop,~~ New Jersey, on the seventeenth day of September, in the year of our Lord one thousand nine hundred and seventy-~~two~~, at Boston, ~~Winthrop~~, aforesaid, and within the Judicial District of said Court

did then and there escape from a penal institution, to wit: Suffolk County House of Correction,

against the peace of said Commonwealth and the form of the statute in such case made and provided.

*Frederick F. Riley* (signature)

Suffolk, to Wit:

Taken and Sworn to, this twentieth day of September, in the year of our Lord one thousand nine hundred and seventy-~~two~~.

BEFORE SAID COURT

*A. Claire Kelley* (signature)
Assistant Clerk.

A TRUE COPY COPY.
ATTEST:
*A. Claire Kelley* (signature)
Asst. CLERK

FFOLK, ss.          CITY OF BOSTON,          19

I have arrested the within-named Defendant          without a warrant

and have him          in Court.

..............................................
Police Officer of the City of Boston.
Town of Winthrop.

A TRUE COPY, COPY,
ATTEST
*[signature]*
CLERK

---

EAST BOSTON
DISTRICT COURT

No. 9026

19 72

COMMONWEALTH
ON COMPLAINT OF

Frederick P. Riley

vs.

Raphael Hernandez

Escape from a penal institution

G. L. Ch. 268 Sec. 16
Acts     Ch.
Exam.

9-1-39 habe issd Billerica
Retible 9-23-89